UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23bk08996 |
| | ) |
| Vegan T'ease, | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO MICHAEL G. KELLY, ATTORNEY FOR VEGAN T'EASE, FOR
ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND
REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 10,330.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 154.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 10,176.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 10,176.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)     Lumping – TOTAL of disallowed amounts (10% of affected entries): $154.00

The court routinely imposes a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment."). The court has identified six-time entries which the court finds to be lumping. Those entries requested a total amount of $1,540 and, in light of the lumping, that amount will be reduced by $154.00 [10%]

Entered:

Dated: January 10, 2024

_____
Timothy A. Barnes
Judge, United States Bankruptcy Court

# Exhibit A

| Date | Activity | | Hrs/worked | Description | Hourly Rate | Total | User |
|---|---|---|---|---|---|---|---|
| | | | | **Itemized Time Entries** | | | |
| 7-Dec-23 | Document Preparation | | 3 | Preparation of Fee Application | $100.00/hr | $300 | Kendall Cook |
| 20-Nov-23 | MOR (Monthly Operating Report) | | 0.5 | worked on preparing October Monthly op report | $100.00/hr | $50.00 | Kendall Cook |
| 25-Oct-23 | Court Appearance | | 1.3 | prepared for and attended court status hearing regarding how case will move forward, steps taken to create plan | $300.00/hr | $390.00 | Michael Kelly |
| 20-Oct-23 | MOR | | 0.5 | worked on drafting September Monthly op report | $100.00/hr | $50.00 | Kendall Cook |
| 10-Oct-23 | Conference with | | 1 | Conf with client and Atty Kelly regarding the ch 11 plan | $100.00/hr | $100.00 | Kendall Cook |
| 10-Oct-23 | Document Preparation | | 4 | Ch 11 plan prep and filing | $100.00/hr | $400.00 | Kendall Cook |
| 9-Oct-23 | Document Preparation | | 2.5 | worked on preparing plan | $300.00/hr | $750.00 | Michael Kelly |
| 27-Sep-23 | Document Preparation | | 1 | worked on preparing plan | $300.00/hr | $300.00 | Michael Kelly |
| 20-Sep-23 | MOR (Monthly Operating Report) | | 0.5 | worked on preparing August Monthly op report | $100.00/hr | $50.00 | Kendall Cook |
| 20-Sep-23 | Document Preparation | | 1 | worked on preparing plan | $300.00/hr | $300.00 | Michael Kelly |
| 19-Sep-23 | Conference with client | | 0.5 | conf call regarding preparation of ch 11 plan | $100.00/hr | $50.00 | Kendall Cook |
| 18-Sep-23 | Conference with | | 1 | prepared for and attended phone conference with client regarding creating a chapter 11 plan | $300.00/hr | $300.00 | Michael Kelly |
| 1-Sep-23 | communication | | 0.5 | worked on contacting creditors to agree to a plan | $300.00/hr | $150.00 | Michael Kelly |
| 1-Sep-23 | Document Preparation | | 1 | prepared section 1188 report | $300.00/hr | $300.00 | Michael Kelly |
| 30-Aug-23 | Document Preparation | | 2.5 | working on plan , retrieving creditor contact info | $100.00/hr | $250.00 | Kendall Cook |
| 30-Aug-23 | Document Preparation | | 1 | working on plan, went through income and expenses over last 6 months to determine what is disposable income | $300.00/hr | $300.00 | Michael Kelly |
| 21-Aug-23 | Document Preparation | | 1.5 | Finalized July MOR and filed. | $100.00/hr | $150.00 | Kendall Cook |
| 21-Aug-23 | Document Preparation | | 0.5 | worked on preparing monthly operative report | $300.00/hr | $150.00 | Michael Kelly |
| 21-Aug-23 | Conference with | | 1 | prepared for and attended creditors meeting | $300.00/hr | $300.00 | Michael Kelly |
| 18-Aug-23 | Document Preparation | (1) Lumping | 2 | motion to auth employee, filed exhibits to motion, started monthly op report | $100.00/hr | $200.00 | Kendall Cook |
| 18-Aug-23 | Document Preparation | | 1 | worked on motion to authorize pre petition employee payment and operative reprot | $300.00/hr | $300.00 | Michael Kelly |
| 16-Aug-23 | Document Preparation | | 1 | work on preparing monthly operating report | $300.00/hr | $300.00 | Michael Kelly |
| 14-Aug-23 | Document Preparation | | 0.4 | reviewing docket for compliance with operational rules | $300.00/hr | $120.00 | Michael Kelly |
| 10-Aug-23 | Document Preparation | | 2 | Doc prep and filings | $100.00/hr | $200.00 | Kendall Cook |
| 10-Aug-23 | Document Preparation | (1) Lumping | 0.8 | worked on motions to employ attorneys and to approve bank | $300.00/hr | $240.00 | Michael Kelly |
| 9-Aug-23 | Document Preparation | | 4 | Half day of document prep and conf call back and forth with client | $100.00/hr | $400.00 | Kendall Cook |
| 8-Aug-23 | Document Preparation | (1) Lumping | 3 | Doc prep * conf. call with client, atty Mike, atty Ben | $100.00/hr | $300.00 | Kendall Cook |
| 8-Aug-23 | Discovery review | | 0.7 | reviewing petition for compliance | $300.00/hr | $210.00 | Michael Kelly |
| 8-Aug-23 | Communication with client | | 0.5 | phone conference with client and co-counsel Ben Schneider | $300.00/hr | $150.00 | Michael Kelly |
| 8-Aug-23 | Document Preparation | | 0.5 | worked on motion to employ attorneys | $300.00/hr | $150.00 | Michael Kelly |
| 7-Aug-23 | document review | | 0.4 | Reviewed and filed motion to employ attorneys | $100.00/hr | $40.00 | Kendall Cook |
| 7-Aug-23 | Document Preparation | | 0.5 | preparing motion to approve bank and employ accountant | $300.00/hr | $150.00 | Michael Kelly |
| 4-Aug-23 | Document Preparation | | 1 | worked on preparing motion to authorize Old Plank Trail Bank for DIP account | $300.00/hr | $300.00 | Michael Kelly |
| 3-Aug-23 | Conference with | (1) Lumping | 1.1 | Conf. with accountant & document drafting | $100.00/hr | $110.00 | Kendall Cook |
| 1-Aug-23 | Document Preparation | (1) Lumping | 1.1 | preparing motions to authorize accountant and to use DIP account | $300.00/hr | $330.00 | Michael Kelly |
| 28-Jul-23 | Document Preparation | (1) Lumping | 2 | Motion to employ accountant, motion to approve bank DIP account. Correspondence with the client | $100.00/hr | $200.00 | Kendall Cook |
| 27-Jul-23 | Court Filing | | 1 | Emails to trustee/auditor Court filings re motiosn to employ, approve bank account | $100.00/hr | $100.00 | Kendall Cook |
| 25-Jul-23 | Communication with client | | 1 | phone conference with client explaining debtor in possession requirements. | $300.00/hr | $300.00 | Michael Kelly |
| 25-Jul-23 | document review | | 1.5 | reviewed operating instructions and reporting requirements and case documents for compliance | $300.00/hr | $450.00 | Michael Kelly |
| 25-Jul-23 | Conference with | | 0.3 | phone conference with trustee | $300.00/hr | $90.00 | Michael Kelly |
| 25-Jul-23 | Prepare for Court | | 1 | Conference with attorney regarding prepration of the Debtor Interview and requirements of case going forward. | $100.00/hr | $100.00 | Kendall Cook |
| 21-Jul-23 | document review | | 1.5 | reviewed business records, petition documents, requirements for debtors in possession to check case for compliance | $300.00/hr | $450.00 | Michael Kelly |
| 7-Jul-23 | Document Preparation | | 2 | worked on drafting Ch 11 case documents | $100.00/hr | $200.00 | Kendall Cook |
| 29-Jun-23 | document review | | 1 | reviewed petition for accuracy | $300.00/hr | $300.00 | Michael Kelly |

**Grand totals**                                                                                         **51.1 Hrs**   10,330.00